1  **TIMOTHY R. GARRISON**
   California State Bar No. 228105
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: timothy_garrison@fd.org

5  Attorneys for Ms. Arana

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE PETER C. LEWIS)**

11  UNITED STATES OF AMERICA,        )   CASE NO. 07MJ8841
                                     )
12              Plaintiff,           )
                                     )
13  v.                               )
                                     )   **NOTICE OF APPEARANCE**
14  BEATRICE ARANA,                  )
                                     )
15              Defendant.           )
                                     )
16  _____ )

17

18          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

19  Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in

20  the above-captioned case.

21                              Respectfully submitted,

22

23  Dated: October 11, 2007        */s/ Timothy R. Garrison*
                                    Federal Defenders of San Diego, Inc.
24                                  Attorneys for Defendant
                                    Timothy_Garrison@fd.org
25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  October 11, 2007

/s/ Timothy R. Garrison
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Timothy_Garrison@fd.org (email)