Re:  USA v. Macias-Colmenares

Magistrate Case No.: 07 MJ 8841

## PROOF OF SERVICE BY MAIL

## STATE OF CALIFORNIA COUNTY OF SAN DIEGO

I am employed in San Diego, California; I am over the age of eighteen years and am not a party to this action; my business address is 2044 First Avenue, Suite 200, San Diego, CA 92101.

On November 19, 2007, I served the following document(s) described as:

**MOTION FOR MATERIAL WITNESS VIDEOTAPED DEPOSITION; POINTS AND AUTHORITIES IN SUPPORT OF MATERIAL WITNESSES' MOTION FOR VIDEOTAPE DEPOSITION AND REQUEST FOR STATEMENT OF REASONS IN SUPPORT OF CUSTODY; DECLARATION OF ROBERT E. SCHROTH, JR., IN SUPPORT OF MATERIAL WITNESSES' MOTION FOR VIDEOTAPE DEPOSITION**

On the interested parties to this action by e-file notice:

Electronic Mail Notice List
The following are those who are currently on the list to receive e-mail notices for this case.
- **Frederick Matthew Carroll**
  frederickcarroll@hotmail.com,bratty_77@yahoo.com
- **Timothy R Garrison**
  Timothy_Garrison@fd.org,Sylvia_Freeman@fd.org
- **Scott Pactor**
  scottpactor@yahoo.com
- **Robert E Schroth, Jr**
  robschrothesq@sbcglobal.net
- **U S Attorney CR**
  Efile.dkt.gc2@usdoj.gov
  Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

   (No manual recipients)

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  s/ Robert E. Schroth, Jr.
Robert E. Schroth, Jr.

Robert E. Schroth Jr., Esq.-
**SCHROTH & SCHROTH**
2044 First Avenue, Suite 200
San Diego, CA 92101
Telephone: (619) 233-7521