UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )
           Plaintiff       )    CRIMINAL NO. 07CR2916-JAH
                           )
                           )        ORDER
vs.                        )
                           )    RELEASING MATERIAL WITNESS
Ramon Macias-Colmenores    )
                           )    Booking No.
           Defendant(s)    )
_____)

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Hugo Romero-Lopez

DATED: 1-3-08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                    OR
           DUSM

                                W. SAMUEL HAMRICK, JR.  Clerk
                                by
                                        Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                         ☆ U.S. GPO: 2003-581-774/70082