ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile: (619) 233-4516

Attorney for Material Witness, Jose Aristedes Martinez-Ardon

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Ramon Macias-Colmenares,<br><br>Defendant. | Criminal Case No.: 07CR2916JAH<br>Magistrate Case No: 07MJ8841PCL<br><br>Order to Exonerate the Appearance Bond for the Material Witness and Disburse the Bond Funds |

## ORDER

IT IS ORDERED that the personal surety bond for $5,000, which secured the presence of material witness Jose Aristedes Martinez-Ardon is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500 held in the Registry of the Court to the surety:

**Carlos Humberto Ardon**
**1308 Stone Creek Dr.**
**Mansfield, TX 76063**

Dated: January 28, 2008    _____
U. S. Magistrate Judge

- 1 -

Order to Exonerate the Appearance Bond for the Material Witness